[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



RECEIVED
APR 0 1 2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christopher McClurge

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Elite Staffing
Waste Management
Michael Oscar Ruben
773 648-4193
Elite Staffing 3248 W 55 St Chicago IL 60632
Waste Management 3301 W 48 St Chicago IL 60632

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:19-cv-02207
Judge: Sharon Johnson Coleman
Magistrate Judge: Sunil R. Harjani

Case Number (To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-02207 Document #: 1 Filed: 04/01/19 Page 2 of 6 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1:18-cv-08481 Mcclurge v Wayfan Inc Charles R Norgle Sr presiding

B. Approximate date of filing lawsuit: 12/27/2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE,

D. List all defendants: 1:19-cv-00959 Mcclurge v Ferrara Pan Candy Co Jorge L Alenso Date file 02/14/2019

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): right here!

F. Name of judge to whom case was assigned: NA

G. Basic claim made: NA

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still pending

I. Approximate date of disposition: NA

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                                           Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-02207 Document #: 1 Filed: 04/01/19 Page 3 of 6 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: _____

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I got a phone call to go to a orientation from Elite Staffing, they said they have a Waste Management job for me, so I go to the orientation at Waste Management I waz suppose to got a paycheck for 2 hours credit on 2 hours of work on wensday March 27 2019, cause I work last thursday on March 21 2019 for 2 hours, they don't want to pay me my check cause I walk off the job and Quit, they don't have a sign an sheet or time cards they told me I have to wave at a camera to get credit for my hours, I try to go get my check on friday March 29 2019 an Elite Staffing and Waste Management refuse to give me my paycheck.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-02207 Document #: 1 Filed: 04/01/19 Page 6 of 6 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I demand 70,000 which is the minimum pay for suing both partys thats involve an not paying me my paycheck.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Monday day of April, 20 19

Christopher McClurge
(Signature of plaintiff or plaintiffs)

Christopher McClurge
(Print name)

_____
(I.D. Number)

4206 S clark st
Chicago Il 60605
(Address)